Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DILLARD'S, INC., a Texas Corporation; ONEWORLD APPAREL, LLC, a Delaware Limited Liability Company; CALESSA SPORTSWEAR INTERNATIONAL, LLC, a New York Limited Liability Company; RJEEB GROUP, INC., a Florida Corporation; and DOES 1-10,<br><br>Defendants. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>Jury Trial Demanded |

Star Fabrics, Inc., by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 et seq.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred, and in which the Offending Products were distributed.

## PARTIES

4. Plaintiff STAR FABRICS, INC. is a corporation organized and existing under the laws of the State of California with its principal place of business located in Los Angeles, California.

5. Plaintiff is informed and believes and thereon alleges that Defendant DILLARD’S, INC. ("DILLARD’S") is a Texas corporation with its principal place of business located at 1600 Cantrell Road, Little Rock, AR 72201, and is doing business in and with the State of California, including by operating brick-and-mortar stores throughout the state (https://www.dillards.com/stores/california last accessed 11/03/26)

6. Plaintiff is informed and believes and thereon alleges that Defendant ONEWORLD APPAREL, LLC ("ONEWORLD") is a Delaware limited liability company with its principal place of business located at 1515 East 15th Street, Los Angeles, CA 90021.

7. Plaintiff is informed and believes and thereon alleges that Defendant CALESSA SPORTSWEAR INTERNATIONAL, LLC ("CALESSA") is a New York limited liability company with its principal place of business located at 525 7th Ave,

Suite 914, New York, NY 10018, and is doing business in and with the State of California, including by partnering with DILLARD'S to sell product within the State.

8. Plaintiff is informed and believes and thereon alleges that Defendant RJEEB GROUP, INC. ("RJEEB") is a Florida corporation with its principal place of business located at 4918 Heartland Street, Orlando, FL 32829, and does business in and with the State of California. RJEEB is the owner of the Registered Identification Number ("RN") 164016 issued by the U.S. Federal Trade Commission.

9. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10 (together with DILLARD'S, ONEWORLD, CALESSA, RJEEB, "Defendants"), are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

10. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

11. Plaintiff did not know or have reason to know of any of Defendants' infringing conduct prior to three years before the filing of this Complaint.

## **CLAIMS RELATED TO DESIGN 60896**

12. Plaintiff owns an original two-dimensional artwork used for purposes of

textile printing entitled 60896 (the "Subject Design A"), which has been registered with the United States Copyright Office under Registration No. VA 1-660-133.

13. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing the Subject Design A to numerous parties in the fashion and apparel industries.

14. Plaintiff is informed and believes and thereon alleges that, following this distribution of product bearing the Subject Design A, DILLARD'S, DOE Defendants, and each of them, manufactured, imported, distributed, and/or sold products comprised of fabric featuring a design which is identical, or substantially similar to, the Subject Design A (the "Offending Product A") without Plaintiff's authorization, including but not limited to products sold by DILLARD'S bearing the label "Investments," under Style No. S51DI201N, SKU 421507311247, and RN 58909 indicating it was manufactured by or for DILLARD'S;

15. A representative sample of the Subject Design A, and exemplar(s) of the Offending Product A, are set forth hereinbelow:

**Subject Design A**



**Offending Product A**



**Detail**



**Detail**



**CLAIMS RELATED TO DESIGN 70151**

16. Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled 70151 (the "Subject Design B"), which has been registered with the United States Copyright Office under Registration No. VA 1-921-944.

17. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing the Subject Design B to numerous parties in the fashion and apparel industries.

18. Plaintiff is informed and believes and thereon alleges that, following this distribution of product bearing the Subject Design B, DILLARD’S, ONEWORLD, DOE Defendants, and each of them, manufactured, imported, distributed, and/or sold products comprised of fabric featuring a design which is identical, or substantially similar to, the Subject Design B (the “Offending Product B”) without Plaintiff’s authorization, including but not limited to, products sold by DILLARD’S, bearing the label "Farmers Market", under Style No. OFE2035H12S, SKU 197690024451, and RN 119794 indicating it was manufactured by or for ONEWORLD.

19. A representative sample of the Subject Design B, and exemplar(s) of the

Offending Product B, are set forth hereinbelow:

**Subject Design B**



**Offending Product B**



**Detail**



**Detail**



## CLAIMS RELATED TO DESIGN 70083

20. Plaintiff owns an original two-dimensional artwork used for purposes of

textile printing entitled 70083 (the "Subject Design C"), which has been registered with the United States Copyright Office under Registration No. VA 1-904-150.

21. Prior to the acts complained of herein, Plaintiff sampled and sold fabric bearing the Subject Design C to numerous parties in the fashion and apparel industries.

22. Plaintiff is informed and believes and thereon alleges that following this distribution of product bearing the Subject Design C, DILLARD’S, CALESSA, RJEEB, DOE Defendants, and each of them, manufactured, imported, distributed, and/or sold fabric and/or products comprised of fabric featuring a design which is identical, or substantially similar to, the Subject Design C (the “Offending Product C”) without Plaintiff’s authorization, including but not limited to, products sold by DILLARD’S, bearing the label "Calessa", under Style No. NAS1001W, SKU 840241582220, and RN 164016 indicating it was manufactured by or for RJEEB.

23. A representative sample of the Subject Design C, and exemplar(s) of the Offending Product C, are set forth hereinbelow:

**Subject Design C**



**Offending Product C**



**Detail**



**Detail**



## FIRST CLAIM FOR RELIEF

(For Copyright Infringement – Against All Defendants, and Each)

24. Plaintiff repeats, realleges, and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

25. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design A, Subject Design B, and Subject Design C (collectively, "Subject Designs"), including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of the Subject Designs by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples; and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing the Subject Designs.

26. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor, has an ongoing business relationship with Defendant retailers, and supplied garments to said retailers, which garments infringed the Subject Designs in that said garments were composed of fabric featuring unauthorized print designs that were identical or substantially similar to the Subject Designs, or were an illegal modification thereof.

27. Plaintiff is informed and believes and thereon alleges that Defendants, and

each of them, infringed Plaintiff's copyright(s) by creating, making, and/or developing directly infringing and/or derivative works from the Subject Designs, and by producing, distributing, and/or selling Offending Products through a nationwide network of retail stores, catalogues, and online websites.

28. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

29. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Designs. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Designs in an amount to be established at trial.

30. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights, such that said acts of copyright infringement were, and continue to be, willful, intentional, and malicious.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Designs;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: November 5, 2026

DONIGER / BURROUGHS

By: /s/ *Stephen M. Doniger*
Stephen M. Doniger, Esq.
David Shein, Esq.
*Attorneys for Plaintiff*